In the Matter of the Accounting of ARMIN TRAZENFELD, as Administrator of the Estate of CELIA BLOCK, Deceased.

ARMIN TRAZENFELD, Appellant; HARRY TRAZENFELD et al., Respondents.

Submitted February 26, 1940; decided March 5, 1940.

*Jay Leo Rothschild* for motion.

*Eugene L. Bondy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.